UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANNIFER LOVELL, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:14-cv-01388-JHH |
| DAY & ZIMMERMAN NPS, | ) |
| Defendant | ) |

## **MEMORANDUM OPINION**

On March 15, 2016, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion to dismiss filed by defendant be granted and this action dismissed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the  4th   day of April, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE